# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | :  |
|  | :  |
| Plaintiff, | :  |
|  | : CRIM NO. 02-00684 (RBK) |
| v. | :  |
|  | : ORDER |
| BERNARD MURRAY. | :  |
|  | :  |
| Defendants. | :  |

**THIS MATTER** having come before the Court upon the motion by Defendant for a reduction of his June 2, 2009 sentence; and

**IT APPEARING TO THE COURT** that Defendant attempts to make a motion pursuant to 18 U.S.C. § 3553(e); and

**THE COURT NOTING** that the applicable statutes, 18 U.S.C § 3582 and Fed. R. Civ. Pro. 35(b)(2), only allow modification for substantial assistance were the government makes the motion; and

**THE COURT FINDING** that the Government has not made such a motion for sentence reduction;

**IT IS HEREBY ORDERED** that Defendant's motion is **DENIED**.

Date:  11/18/2011                                    /s/ Robert B. Kugler
                                                     ROBERT B. KUGLER
                                                     United States District Judge